# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

TERREL HOFFMAN

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, and. SYNOPSYS,INC. LONG TERM DISABILITY PLAN

C 08 00301    JF

TO: (Name and address of defendant)

HRL

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, 100 Liberty Way, Dover, New Hampshire 03820

SYNOPSYS, INC. LONG TERM DISABILITY PLAN

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles B. Perkins, Esq. (California State Bar #126942)
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
(408) 399-4566 phone
(408) 399-6683 fax

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK
Tiffany Salinas-Harwell

DATE  JAN 1 6 2008

TERRASEHORGAN VS. LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, ET AL
Case 5:08-cv-00301-JF Document 8 Filed 03/26/2008 Page 2 of 2
AO 440 (Rev. 8/01) Summons in a Civil Action    CASE NO C0800301

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 3-21-08  8:55 AM |

Name of SERVER
JAMES SALVINO    SACRAMENTO REG # 2004-50    TITLE CA PROCESS SERVER

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: BECKY DE GEORGE, AUTHORIZED AGENT FOR SERVICE OF PROCESS ON BEHALF OF LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/21/08
                Date

Signature of Server
JAMES SALVINO

Address of Server
3750 AUBURN BLVD, STE B
SACRAMENTO, CA 95821
916-483-7030

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure