PAMELA E. COGAN (SBN 105089)
pcogan@rmkb.com
KATHRYN C. CURRY (SBN 157099)
kcurry@rmkb.com
JENNIFER A. WILLIAMS (SBN 244707)
jwilliams@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERREL HOFFMAN,<br><br>    Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; SYNOPSYS, INC. LONG TERM DISABILITY PLAN,<br><br>    Defendants. | CASE NO. CV 08-00301 (JF)<br><br>**DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>[N.D. Local Rule 3-16.] |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Parent Corporations of Liberty Life Assurance Company of Boston:

1. Liberty Mutual Holding Company Inc.
2. LMHC Massachusetts Holdings Inc.
3. Liberty Mutual Group Inc.
4. Liberty Mutual Insurance Company

5.  Liberty Mutual Fire Insurance Company

No publicly held company owns 10% or more of Liberty Life Assurance Company of Boston's stock.

Dated: April 10, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Kathryn C. Curry
PAMELA E. COGAN
KATHRYN C. CURRY
JENNIFER A. WILLIAMS
Attorneys for Defendant
LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/5093563.1/JAW

- 2 -

DEFENDANT LIBERTY LIFE'S CERTIFICATE
OF INTERESTED ENTITIES OR PERSONS
CASE NO. CV 08-00301 (JF)