UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Terrel Hoffman
          Plaintiff(s),

v.

Liberty Life Assurance Company of Boston, Synopsys Inc. Long Term Disability Plan,
          Defendant(s).

Case No. 08-00301 JF

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: April 23, 2008

*Lee W. Rabkin*
Lee W. Rabkin
Liberty Life Assurance
Company of Boston

Dated: April 23, 2008

*Kathryn C. Curry*
Kathryn C. Curry
Attorneys for Liberty Life

Rev. 12/05
RCI/5108880.1/KCC

American LegalNet, Inc.
www.USCourtForms.com