CHARLES B. PERKINS #126942
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
(408) 399-4566
Email: cbperk@earthlink.net

Attorney for Plaintiff
TERREL HOFFMAN

PAMELA E. COGAN (SBN 105089)
pcogan@rmkb.com
KATHRYN C. CURRY (SBN 157099)
kcurry@rmkb.com
JENNIFER A. WILLIAMS (SBN 244707)
jwilliams@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA  94063
Telephone:  (650) 364-8200
Facsimile:  (650) 780-1701

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERREL HOFFMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; SYNOPSYS, INC. LONG TERM DISABILITY PLAN,<br><br>    Defendants. | Case No.  C08 00301 JF<br><br>STIPULATION AND (PROPOSED) ORDER DISMISSING DEFENDANT SYNOPSYS, INC. LONG TERM DISABILITY PLAN |

Plaintiff TERREL HOFFMAN and Defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON ("Liberty Life") hereby stipulate as follows:

WHEREAS, Plaintiff has filed her Complaint in this action seeking recovery of Long-Term Disability Benefits from Liberty Life and Defendant Synopsys, Inc. Long Term Disability Plan ("the Plan");

WHEREAS, Liberty Life has filed an Answer denying liability in this action;

WHEREAS, notwithstanding its denial of liability, Defendant Liberty Life stipulates and agrees that it will be liable for any judgment concerning payment or non-payment of Long-Term Disability Benefits, interest, attorney's fees and/or costs that may result from this action, both individually and as if it were the Plan;

WHEREAS, Liberty Life further agrees that at no time during the course of this litigation will it contend that the action has been rendered defective as the result of the Plan having been dismissed from this action;

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, that Defendant Synopsis, Inc. Long Term Disability Plan may be dismissed from this action.

Dated: May 8, 2008                             FLYNN, ROSE & PERKINS


                                               By     /s/ Charles B. Perkins
                                                   CHARLES B. PERKINS
                                                   Attorney for Plaintiff
                                                   TERREL HOFFMAN


Dated: May 8, 2008                             ROPERS, MAJESKI, KOHN & BENTLEY


                                               By     /s/ Jennifer A. Williams
                                                   PAMELA E. COGAN
                                                   KATHRYN C. CURRY
                                                   JENNIFER A. WILLIAMS
                                                   Attorneys for Defendant
                                                   LIBERTY LIFE ASSURANCE
                                                   COMPANY OF BOSTON

1
2                                    <u>ORDER</u>
3          Pursuant to stipulation, it is hereby ordered that Defendant Synopsis, Inc. Long-Term
4   Disability Plan is dismissed from this action.
5          IT IS SO ORDERED.
6   Dated: May _____, 2008                          _____
7                                                     THE HONORABLE JEREMY D. FOGEL
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28