1  CHARLES B. PERKINS #126942
   FLYNN, ROSE & PERKINS
2  59 North Santa Cruz Avenue, Suite Q
   Los Gatos, California 95030
3  (408) 399-4566
   Email: cbperk@earthlink.net
4
   Attorney for Plaintiff
5  TERREL HOFFMAN

6  PAMELA E. COGAN (SBN 105089)
   pcogan@rmkb.com
7  KATHRYN C. CURRY (SBN 157099)
   kcurry@rmkb.com
8  JENNIFER A. WILLIAMS (SBN 244707)
   jwilliams@rmkb.com
9  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
10 Redwood City, CA  94063
   Telephone:  (650) 364-8200
11 Facsimile:  (650) 780-1701

12 Attorneys for Defendant
   LIBERTY LIFE ASSURANCE COMPANY
13 OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TERREL HOFFMAN, | Case No.  C08-00301 JF |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; SYNOPSYS, INC. LONG TERM DISABILITY PLAN, | Date:             May 16, 2008<br>Time:             10:30 a.m.<br>Proposed Date:   August 15, 2008 |
| Defendants. | |

The parties, by their attorneys of record, hereby stipulate as follows:

WHEREAS, this matter is currently set for an Initial Case Management Conference on May

16, 2008 and the parties have agreed to a private mediation before Vivien Williamson, Esq. to occur on July 28, 2008;

THEREFORE, the parties believe that, in the interest of efficiency and avoiding potentially unnecessary expenses, the Initial Case Management Conference should be continued to August 15, 2008, or some other reasonable time following the mediation on July 28, 2008;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, through their respective counsel of record, that the Initial Case Management Conference, currently scheduled for May 16, 2008 at 10:30 a.m. be continued to August 15, 2008, or some other convenient date following the scheduled mediation on July 28, 2008.

IT IS SO STIPULATED.

DATE: May 7, 2008                                          FLYNN, ROSE & PERKINS


                                                           By     /s/ Charles B. Perkins
                                                           CHARLES B. PERKINS
                                                           Attorneys for Plaintiff


DATE: May 8, 2008                                          ROPERS, MAJESKI, KOHN & BENTLEY


                                                           By     /s/ Jennifer A. Williams
                                                           JENNIFER A. WILLIAMS
                                                           Attorneys for Defendant

## ORDER

IT IS HEREBY ORDERED that the Initial Case Management Conference, currently scheduled for May 16, 2008 is continued to _____. The parties are directed to file a Case Management Conference Statement one week prior to the Initial Case Management Conference.

IT IS SO ORDERED.

DATE:_____                                            _____
                                                           JUDGE JEREMY FOGEL