**E-filed 5/9/08**

1 | CHARLES B. PERKINS #126942
FLYNN, ROSE & PERKINS
2 | 59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
3 | (408) 399-4566
Email: cbperk@earthlink.net
4 |
Attorney for Plaintiff
5 | TERREL HOFFMAN

6 | PAMELA E. COGAN (SBN 105089)
pcogan@rmkb.com
7 | KATHRYN C. CURRY (SBN 157099)
kcurry@rmkb.com
8 | JENNIFER A. WILLIAMS (SBN 244707)
jwilliams@rmkb.com
9 | ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
10 | Redwood City, CA  94063
Telephone:  (650) 364-8200
11 | Facsimile:  (650) 780-1701

12 | Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY
13 | OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERREL HOFFMAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; SYNOPSYS, INC. LONG TERM DISABILITY PLAN,<br><br>　　　　Defendants. | Case No.  C08-00301 JF<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Date:　　　　　　May 16, 2008<br>Time:　　　　　　10:30 a.m.<br>Proposed Date:　　August 15, 2008 |

　　　　The parties, by their attorneys of record, hereby stipulate as follows:

　　　　WHEREAS, this matter is currently set for an Initial Case Management Conference on May

16, 2008 and the parties have agreed to a private mediation before Vivien Williamson, Esq. to occur on July 28, 2008;

THEREFORE, the parties believe that, in the interest of efficiency and avoiding potentially unnecessary expenses, the Initial Case Management Conference should be continued to August 15, 2008, or some other reasonable time following the mediation on July 28, 2008;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, through their respective counsel of record, that the Initial Case Management Conference, currently scheduled for May 16, 2008 at 10:30 a.m. be continued to August 15, 2008, or some other convenient date following the scheduled mediation on July 28, 2008.

IT IS SO STIPULATED.

DATE: May 7, 2008                    FLYNN, ROSE & PERKINS

                                     By    /s/ Charles B. Perkins
                                        CHARLES B. PERKINS
                                        Attorneys for Plaintiff

DATE: May 8, 2008                    ROPERS, MAJESKI, KOHN & BENTLEY

                                     By    /s/ Jennifer A. Williams
                                        JENNIFER A. WILLIAMS
                                        Attorneys for Defendant

### ORDER

IT IS HEREBY ORDERED that the Initial Case Management Conference, currently scheduled for May 16, 2008 is continued to _____8/15/08_____. The parties are directed to file a Case Management Conference Statement one week prior to the Initial Case Management Conference.

IT IS SO ORDERED.

DATE: 5/9/08                         _____
                                     JUDGE JEREMY FOGEL