1  CHARLES B. PERKINS #126942
   FLYNN, ROSE & PERKINS
2  59 North Santa Cruz Avenue, Suite Q
   Los Gatos, California 95030
3  (408) 399-4566
   Email: cbperk@earthlink.net
4
   Attorney for Plaintiff
5  TERREL HOFFMAN

6  PAMELA E. COGAN (SBN 105089)
   pcogan@rmkb.com
7  KATHRYN C. CURRY (SBN 157099)
   kcurry@rmkb.com
8  JENNIFER A. WILLIAMS (SBN 244707)
   jwilliams@rmkb.com
9  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
10 Redwood City, CA  94063
   Telephone:  (650) 364-8200
11 Facsimile:  (650) 780-1701

12 Attorneys for Defendant
   LIBERTY LIFE ASSURANCE COMPANY
13 OF BOSTON

14

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17 TERREL HOFFMAN,                    )  Case No.  C08 00301 JF
                                      )
18              Plaintiff,            )
                                      )
19 vs.                                )  STIPULATION AND (PROPOSED) ORDER
                                      )  DISMISSING DEFENDANT SYNOPSYS, INC.
20                                    )  LONG TERM DISABILITY PLAN
   LIBERTY LIFE ASSURANCE COMPANY     )
21 OF BOSTON; SYNOPSYS, INC.          )
   LONG TERM DISABILITY PLAN,         )
22                                    )
                Defendants.           )
23                                    )
                                      )
24                                    )
                                      )
25

26         Plaintiff  TERREL  HOFFMAN  and  Defendant  LIBERTY  LIFE  ASSURANCE

27 COMPANY OF BOSTON ("Liberty Life") hereby stipulate as follows:

28

1   WHEREAS, Plaintiff has filed her Complaint in this action seeking recovery of Long-Term
2   Disability Benefits from Liberty Life and Defendant Synopsys, Inc. Long Term Disability Plan
3   ("the Plan");

4   WHEREAS, Liberty Life has filed an Answer denying liability in this action;

5   WHEREAS, notwithstanding its denial of liability, Defendant Liberty Life stipulates and
6   agrees that it will be liable for any judgment concerning payment or non-payment of Long-Term
7   Disability Benefits, interest, attorney's fees and/or costs that may result from this action, both
8   individually and as if it were the Plan;

9   WHEREAS, Liberty Life further agrees that at no time during the course of this litigation
10  will it contend that the action has been rendered defective as the result of the Plan having been
11  dismissed from this action;

12  THEREFORE, IT IS HEREBY STIPULATED, by and between the parties through their
13  respective counsel, that Defendant Synopsis, Inc. Long Term Disability Plan may be dismissed
14  from this action.

15  Dated: May 8, 2008                    FLYNN, ROSE & PERKINS

16

17  By_____/s/ Charles B. Perkins_____
       CHARLES B. PERKINS
18     Attorney for Plaintiff
       TERREL HOFFMAN

19

20  Dated: May 8, 2008                    ROPERS, MAJESKI, KOHN & BENTLEY

21

22  By_____/s/ Jennifer A. Williams_____
       PAMELA E. COGAN
       KATHRYN C. CURRY
23     JENNIFER A. WILLIAMS
       Attorneys for Defendant
24     LIBERTY LIFE ASSURANCE
       COMPANY OF BOSTON
25

26

27

28

1

2                                    ORDER

3          Pursuant to stipulation, it is hereby ordered that Defendant Synopsis, Inc. Long-Term

4   Disability Plan is dismissed from this action.

5          IT IS SO ORDERED.

6   Dated: May ____9____, 2008

7                                          THE HONORABLE JEREMY D. FOGEL

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28