```
1  PAMELA E. COGAN (SBN 105089)
   pcogan@rmkb.com
2  JENNIFER A. WILLIAMS (SBN 244707)
   jwilliams@rmkb.com
3  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
4  Redwood City, CA  94063
   Telephone:    (650) 364-8200
5  Facsimile:    (650) 780-1701

6  Attorneys for Defendant
   LIBERTY LIFE ASSURANCE COMPANY OF
7  BOSTON
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERREL HOFFMAN, | CASE NO.  CV 08-00301 JF |
| Plaintiff, | **NOTIFICATION OF CHANGE OF ATTORNEY INFORMATION** |
| v. | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; SYNOPSYS, INC. LONG TERM DISABILITY PLAN, | |
| Defendants. | |

**TO THE COURT AND THE PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the following attorney is no longer with the firm representing the defendant in this action and, therefore, is no longer counsel of record in this case:

Kathryn C. Curry (SBN 157099)

E-mail address: kcurry@rmkb.com

Dated: June 4, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/
PAMELA E. COGAN
JENNIFER A. WILLIAMS
Attorneys for Defendant
LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON

RC1/5130395.1/KCC         - 1 -         NOTICE OF CHANGE OF ATTORNEY INFORMATION - CASE NO. CV 08-00301 JF