1  CHARLES B. PERKINS (SBN 126942)
   FLYNN, ROSE & PERKINS
2  59 North Santa Cruz Avenue, Suite Q
   Los Gatos, CA 95030
3  Telephone: (408) 399-4566
   Email:     cbperk@earthlink.net
4
   Attorneys for Plaintiff
5  TERREL HOFFMAN

6  PAMELA E. COGAN (SBN 105089)
   pcogan@rmkb.com
7  JENNIFER A. WILLIAMS (SBN 244707)
   jwilliams@rmkb.com
8  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
9  Redwood City, CA 94063
   Telephone:  (650) 364-8200
10 Facsimile:  (650) 780-1701

11 Attorneys for Defendant
   LIBERTY LIFE ASSURANCE COMPANY OF
12 BOSTON

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

16 TERREL HOFFMAN,                    CASE NO. CV 08-00301 JF (HRL)

17           Plaintiff,               STIPULATION AND [PROPOSED]
                                      ORDER TO CONTINUE CASE
18 v.                                 MANAGEMENT CONFERENCE

19 LIBERTY LIFE ASSURANCE             Date: August 15, 2008
   COMPANY OF BOSTON; SYNOPSYS,       Time: 10:30 a.m.
20 INC. LONG TERM DISABILITY PLAN,
                                      Proposed Date: October 24, 2008
21           Defendants.

22

23         IT IS HEREBY STIPULATED by and between plaintiff TERREL HOFFMAN and

24 defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON ("Liberty"), through their

25 respective attorneys of record, as follows:

26         WHEREAS, this matter was initially set for an Initial Case Management Conference on

27 May 16, 2008;

28         WHEREAS, the parties had agreed to a private mediation before Vivien Williamson to

RC1/5158641.1/JAW                                          STIPULATION TO CONTINUE CASE
                                                           MANAGEMENT CONFERENCE
                                                           CV 08-00301 JF (HRL)

1  occur on July 28, 2008 and therefore, in the interest of efficiency and avoiding potentially
2  unnecessary expenses, the parties requested that the Initial Case Management Conference be
3  continued to August 15, 2008;
4      WHEREAS, on May 9, 2008, the Court ordered that the Initial Case Management
5  Conference be continued to August 15, 2008;
6      WHEREAS, on July 15, 2008, plaintiff filed a Motion For Protective Order and to Quash
7  Subpoena due to her objections to a subpoena issued by Liberty upon plaintiff's former employer.
8  The hearing for the motion to quash is currently set for August 19, 2008;
9      WHEREAS, the parties agreed that they would be unable to engage in a meaningful
10 meditation until plaintiff's motion to quash is heard and therefore, the parties agreed to reschedule
11 the mediation for September 29, 2008;
12     WHEREAS, the parties believe the Initial Case Management Conference should be
13 continued to October 24, 2008, or some other convenient date following the scheduled mediation
14 on September 29, 2008.
15     **IT IS SO STIPULATED.**

16 Dated: July 30, 2008

FLYNN, ROSE & PERKINS

By: *Charles B Perkins*
CHARLES B. PERKINS
Attorneys for Plaintiff
TERREL HOFFMAN

20 Dated: July 30, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: *[signature]*
PAMELA E. COGAN
JENNIFER A. WILLIAMS
Attorneys for Defendant
LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON

RCI/5158641.1/JAW

- 2 -

STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE
CV 08-00301 JF (HRL)

## ORDER

The Initial Case Management Conference, currently scheduled for August 15, 2008, is continued to _____ at 10:30 a.m. The parties are directed to file a Case Management Conference Statement one week prior to the Initial Case Management Conference.

IT IS SO ORDERED.

Dated: _____          _____
                                            THE HONORABLE JEREMY D. FOGEL

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/5158641.1/JAW

- 3 -

STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE
CV 08-00301 JF (HRL)