*E-filed 8/6/08*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERREL HOFFMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, and SYNOPSYS, INC. LONG TERM DISABILITY PLAN,<br><br>    Defendants.<br> | No. C08-00301 JF (HRL)<br><br>**CLERK'S NOTICE CONTINUING HEARING ON PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND TO QUASH SUBPOENA** |

PLEASE TAKE NOTICE THAT on the Court's own motion, the hearing on plaintiff's motion for protective order and to quash subpoena set for August 19, 2008, is continued to **September 16, 2008 at 10:00 a.m** (Courtroom 2, 5th floor of the United States District Court, San Jose).

Dated: 8/6/08

                                                    MPK
                          Chambers of Magistrate Judge Howard R. Lloyd

**Notice has been delivered to:**

cbperk@earthlink.net

pcogan@ropers.com

jwilliams@ropers.com

kcurry@ropers.com

Counsel are responsible for providing copies to co-counsel who have not registered for e-filing.

Dated: 8/6/08                   MPK  
                            Chambers of Magistrate Judge Lloyd