CHARLES B. PERKINS (SBN 126942)
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, CA 95030
Telephone: (408) 399-4566
Email:     cbperk@earthlink.net

Attorneys for Plaintiff
TERREL HOFFMAN

PAMELA E. COGAN (SBN 105089)
pcogan@rmkb.com
JENNIFER A. WILLIAMS (SBN 244707)
jwilliams@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone:     (650) 364-8200
Facsimile:     (650) 780-1701

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF
BOSTON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERREL HOFFMAN,<br><br>                        Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON; SYNOPSYS,<br>INC. LONG TERM DISABILITY PLAN,<br><br>                        Defendants. | CASE NO.  CV 08-00301 JF (HRL)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER FOR DISMISSAL OF ACTION<br>WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Terrel

Hoffman and defendant Liberty Life Assurance Company of Boston, through their respective

counsel of record, that the above-captioned action and all claims alleged therein against

Defendants shall be and hereby are dismissed with prejudice; and that each party shall bear its

own fees and costs incurred in this action.

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/5194455.1/JAW

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE
CV 08-00301 JF (HRL)

1      **IT IS SO STIPULATED.**

2      Dated: October 23, 2008          FLYNN, ROSE & PERKINS

3

4                                       By: _Charles B Perkins_

                                        CHARLES B. PERKINS

5                                         Attorneys for Plaintiff

                                       TERREL HOFFMAN

6      Dated: October 23, 2008          ROPERS, MAJESKI, KOHN & BENTLEY

7

8                                        By:

9                                         PAMELA E. COGAN

                                       JENNIFER A. WILLIAMS

10                                       Attorneys for Defendant

11                                       LIBERTY LIFE ASSURANCE

                                     COMPANY OF BOSTON

12

13                                 **ORDER**

14      **IT IS SO ORDERED.** This action is hereby dismissed with prejudice as to all

15  defendants. Each party shall bear its own fees and costs.

16

17      Dated: 10/27/08

18                               THE HONORABLE JEREMY D. FOGEL

19

20

21

22

23

24

25

26

27

28

RCI/5194455.1/JAW           - 2 -          STIPULATION AND ORDER OF DISMISSAL
                                                       WITH PREJUDICE
                                                  CV 08-00301 JF (HRL)

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City